UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| DIANTE ROMAN DIXON | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:18-CV-453-DPJ-FKB |
| WARDEN C. NASH | DEFENDANT |

ORDER

This habeas petition under 28 U.S.C. § 2241 is before the Court on the Report and Recommendation [12] entered by United States Magistrate Judge F. Keith Ball. Petitioner Diante Roman Dixon challenges the computation of his sentence, arguing that the Bureau of Prisons failed to give him credit for the time spent in custody prior to his federal sentencing. Finding that Dixon received pre-sentence time credit against a state sentence, Judge Ball concluded that Dixon could not receive time credit for the same period against his federal sentence under 18 U.S.C. § 3585(b). R&R [12] at 2. Accordingly, Judge Ball found that Dixon failed to show that he is being held "in violation of the Constitution or laws or treaties of the United States," 28 U.S.C. § 2241(c)(3), and therefore recommended that habeas relief be denied, R&R [12] at 3. Dixon failed to file objections to the Report and Recommendation, and the time to do so has now expired.

Because the Court agrees with its conclusions, the Court adopts the unopposed Report and Recommendation [12] as the opinion of the Court. Petitioner Diante Roman Dixon's habeas petition is denied. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 22nd day of May, 2019.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE